BARBARA MARIE WOODS *ET AL.*, PLAINTIFFS-PETITIONERS, v. OVERLOOK HOSPITAL ASSOCIATION *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Jacob R. Mantel, Mr. Abraham I. Harkavy* and *Mr. Jerome S. Lieb* for the petitioners.

*Mr. Frank P. Zimmer* for the respondents.

December 8, 1958. Denied.